UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-62155-civ-Dimitrouleas/Snow

CONNIE LEONE,

    Plaintiff,

v.

CROWN ASSET MANAGEMENT, LLC. and
RAUSCH, STURM, ISRAEL, ENERSON &
HORNIK, LLC,

    Defendants.
_____/

TO:    Any Officer, General Agent or Managing Agent of Defendant by serving Defendant at:

Registered Agent
RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC
250 Sunnyslope Rd., Suite 300
Brookfield, WI 53005

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's Attorney,

Debt Shield Law
3440 Hollywood, Suite 415
Hollywood, FL 33021
legal@debtshieldlawyer.com

an answer to the Complaint, which is herewith served upon you, within <u>21</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Steven M. Larimore
Clerk of Court

**SUMMONS**

    1/29/2018
DATE

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts